No. 170. Preferred Insurance Co. *v.* Bentley, Insurance Commissioner of Georgia, et al. Sup. Ct. Ga. Certiorari denied. *Alfred C. Bennett* and *Irvin Waldman* for petitioner. *Walter G. Cooper* for respondents.

No. 176. Griffith *v.* Board of Commissioners of the Alabama State Bar. Sup. Ct. Ala. Certiorari denied. *Carl A. Elliott* for petitioner. *M. Roland Nachman, Jr.,* for respondent.

No. 184. Sullivan *v.* Board of Commissioners of the Alabama State Bar. Sup. Ct. Ala. Certiorari denied. *Fred Blanton, Jr.,* for petitioner. *Reginald T. Hamner* for respondent.

No. 186. Iowa Public Service Co. *v.* Iowa State Commerce Commission et al. C. A. 8th Cir. Certiorari denied. *Mark W. Putney* for petitioner. *Leo J. Steffen, Jr.,* for Iowa State Commerce Commission et al., and *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for Aldrich et al., respondents.

No. 192. Mesch *v.* United States. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 193. Thorne, Receiver *v.* Aetna Life Insurance Co. C. A. 7th Cir. Certiorari denied. *Roland Obenchain, Jr.,* for petitioner. *Joseph T. Helling* for respondent.